PATRICIA W. VANDERBILT, Respondent, *v.* CORNELIUS VANDERBILT, JR., Appellant, et al., Respondent.

Submitted January 10, 1956; decided January 12, 1956.

*Sol A. Rosenblatt* for motion.

Motion granted, upon consent, and upon the conditions set forth in the temporary stay granted January 7, 1956.